**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3164**

---

ANDREW YOUNG, JR.,

Plaintiff - Appellant,

versus

ALLIED SIGNAL TECHNICAL SERVICES CORPORATION,
a/k/a Bendix Field Engineering Corporation,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-94-3634-AW)

---

Submitted:  April 15, 1996          Decided:  April 22, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Young, Jr., Appellant Pro Se.  Stanley Mazaroff, VENABLE,
BAETJER & HOWARD, Baltimore, Maryland; Patricia Gillis Cousins,
VENABLE, BAETJER & HOWARD, Rockville, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment to the Defendant in the Appellant's employment discrimination suit. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Young v. Allied Signal Technical Serv. Corp.</u>, No. CA-94-3634-AW (D. Md. Dec. 1, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>